UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
HERMENEGILDO HIDALGO, et al.,

                    Plaintiffs,          **MEMORANDUM**

    - v -

                                            CV-06-6417 (JG)(VVP)

HANDYFAT TRADING, INC., et al.,

                    Defendants.
----------------------------------------------------------------x

       In timely response to the court's Order to Show Cause, the defendants' counsel has provided an explanation for his failure to appear at the last pretrial conference held in this matter on November 9, 2007. Although not compelling, the explanation offered by counsel for his absence is adequate, and in view of the fact that at least some of the scheduled business for the conference could be carried out, notwithstanding counsel's absence, no sanction for his failure to appear will be imposed.

                                                *Viktor V. Pohorelsky*
                                                VIKTOR V. POHORELSKY
                                                United States Magistrate Judge

Dated:  Brooklyn, New York
           November 30, 2007