# UNITED STATES DISTRICT COURT

EASTERN ~~DISTRICT~~ OF          NEW YORK, BROOKLYN

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

HIDALGO, et al          ★ MAR 24 2008 ★ **JUDGMENT IN A CIVIL CASE**

V.                              *JP*

HANDYFAT TRADING INC., et al          Case Number:   06-CV-6417 (JG)

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**In light of the jury verdict in favor of the plaintiff, the Clerk of the court is respectfully directed to enter the judgment and close the case.**

_March 21, 2008_
Date

ROBERT C. HEINEMANN
Clerk

_Clne Lee_
(By) Deputy Clerk